JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUNSHINE WILLIAMS, et al, | ) | Case No. 2:24-CV-06052-TJH-PD |
| Plaintiffs, | ) | |
| v. | ) | ORDER OF DISMISSAL [34] |
| DIRECT CREDIT CONTROL, INC., et al | ) | |
| Defendants. | ) | |

    Pursuant to the Stipulation of Dismissal filed by the Plaintiffs on March 26, 2025, IT IS HEREBY ORDERED THAT Plaintiffs' causes of action against Defendants Direct Credit Control, Inc., J.K. Residential Services, Inc. and 6912 Milwood Avenue, Inc. are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

    IT IS SO ORDERED.

Dated: March 27, 2025

_____
Honorable Terry J. Hatter, Jr
U.S. District Judge